Marie Vyskocil Dolejs, Assignee of Andrew Dolejs, Appellee, v. Lietuva Building and Loan Association, Formerly Known as Loud Name Lithuanian Building and Loan Association, Appellant.

Gen. No. 41,140. (Abstract of Decision.)

Heard in third division, first district, this court at February term, 1940; opinion filed May 22, 1940; rehearing denied June 14, 1940. William M. Zipperman, for appellant; Irving S. Abrams, of counsel; Alfred M. Loeser, for appellee; Harold Z. Novak, of counsel. Opinion by JUSTICE BURKE. ''Not to be published in full.''